81,352-02
[Trial][Court]Case No.]: 11-CR-3337-6 [27.]]

Ex Parte

Hilen Pena

V.

The State of Texas

[Clerk]
MOTION DENIED
DATE: 1/29/15
BY:

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk

[Please"- file"... the" enclosed - motion ; and" present... it" -[To" -[the" - [Court., and" -[Also] ... please" -[Advise] ... the Court -[Justice] ... over said" -[Appellate]- [C.C.A] No.] ... of" ;

[1.] [the" petitioner - States" -[truthfully" -[He" - has" -[executed] ...[the"[I.C.A/Claim]- [of" ;[Appeal] ... and" -[To" -[not -[render" the" petitioner" ;[Habeas] relief] ... [would" -[infact] ... be" [an] ;[illegal] omission] ... violating" ;[the" United States [Constitution] ... and" -[thus" -[would" -[infact" [Reflect" -[an] act" ; that"... is" ; [illegal].

[2.] [under" the" -[Litigative] -[precedent] ; [Evitts v. Lucey ; 469 U.S. 387; 105 S. [Ct. 830 [1985] ...[the" petitioner" -[should'-[adequately"... be" -[Remanded"...To" [Appellate] proceedings] ... for" ;[ineffective]Counsel] of" ;[Appeal] ... under -[the [out- of-Time' Appeal -[caption] ... on"; said" -[Habeas] writ] No.]

[3.] [the petitioner is in -[the" federal Courts of ; [the United States District Court [for"[the" Southern District -[of" ;[Texas] / Corpus Christi Division , [Civil]- [Case] No.] ; 2:14-CV-00334 . [and-[such] -[[litigative] proceeding "]... is" -infact [Challenging" -[the" same" -[grounds] , said "[Court] -[Should" -[Have]" -[Rendered"... [Relief"...To" . So that" -[the intrest of" ;[Justice] , and" -[Equal]Rights] ... may"- [Continue ...To" ; [Prevail]""".

[Clerk -[please"- inform , the petitioner"... of" -[all] -[further" - litigative" [proceedings" -[Concerning , said"[C.C.A] No.]

ENDORSE
Proof of service
Return service
Requested

[28 U.S.C.§1746] executed on: 1-14-15.

Respectfully submitted

Hilen Pena
T.D.C.J. No. 1790277
Petitioner; Pro Se
James V. Allred Unit
2101 FM. 369 N.
Iowa Park, Texas 76367

i

[[COURT of CRIMINAL APPEALS]
of TEXAS .

[CC.A.] No.] : WR-81,352-02 .]
[TRIAL[COURT] CASE No.] : 11-CR-3337-6 [2]]

EX PARTE
ALLEN PENA

V.

THE STATE of TEXAS

[motion FoR [RELIEF] FROM [A] ...]
[JUDGMENT, AND "OR" ORDER .]]

ORDER" of" MOVEMENT : [FED. R. CIV. P. 60.]

[I. [GENUINE "[MATERIAL] FACT" - ISSUES" .]]

[A.]  [IN" ... the" - [ABOVE' - STYLED" ... [HABEAS] PETITION] - [WRIT No.] , the" PETITIONER" - [CLEARLY" - [EXECUTES" - [REBUTTING , [the" PRESUMPTION of" : [CORRECTNESS] ... By" DEMONSTRATIVELY ... [ADEQUATELY" - [EXECUTING " - [HiS" - [GROUNDS "- [TO" REFLECT "- [CLEAR" , AND" CONVINING" - [EVIDENCE " - of" - [EVERY" - [UNCONSTITUTIONAL] ; [PLAIN[ERRORS] ... [AND] - [SUCH" ... [MERELY" ... [POINTS" - ]OUT] ... [SUCH] - [PLAIN]ERRORS] - [ON" - [BEHALF" ... of" ; [AN" - [ILLEGAL[RESTRAINT] , AND" - [A]" ; [VIOLATION] ... of" ; [SUBSTANTIAL] RIGHTS] ... AND" - [FURTHER' MORE" - [SUCH" ; [PLAIN]ERRORS] [ARE" - [INFACT] ; [ILLEGAL[ACTS] - [that" ... ARE" - [WRONGFULLY" - [ILLEGALLY" - [OPPRESSING "- [the" - [PETITIONER" - [AND" - [SUCH] - [REFLECTS" ... [A] SEVERE] ; [INJURY] ... TO" ; [THE" UNITED STATES ... [CONSTITUTION] , AND" - [SUCH] - [AND" - OR" ... THUS" - [MERELY" - [CONSTITUTES] ; [A] GRAVE] - [MISCARRIAGE] ... of" ; [JUSTICE]" ... INWHICH" - [IS" - [INFACT] - [RESULTING " - [INTO" - [A] ; [FEDERAL] - [FUNDAMENTAL] - [CONSTITUTIONAL] ; [ERROR] - [AND" - [SUCH] ... ARISES" - [the" - [ONLY" - [QUESTION] ... that" - [TRUELY"] ... MATTERS ;

[FUNDAMENTAL] ; [UNFAIRNESS[?]] ; - ...

[UNDER" the" [BYLAW] PROVISIONS] - [PURSUANT] ... TO" ; [28 U.S.C. § 2254 ,[d]]
[SEE ; [HARRINGTON V. RICHTER , 131 S.Ct. 770 ; 785 [2011] ; [quoting] - / TERRY ; [WILLIAM [V. TAYLOR" , 529 U.S. 362 , 412 [2000] ; [28 U.S.C. § 2254 , [d] , [1] ; [WEST] 2011].
[SEE ; [ RICHTER , 131 S.Ct. [AT] 786 .
[SEE ; [ RICHTER , 131 S.Ct. [AT] 786 - 87 .
[SEE ; [ 28 U.S.C. § 2254 , [E] , [1] .
[SEE ; [ 28 U.S.C. § 2254 ; [E] , [2] , [B].
[SEE ; [ HAMILTON V. SEGUE SOFTWARE , iNC ; 232 F.3d , 473 , 477 [5TH CIR. 2000].

[B.]  [the" [CLEAR" ] ERRORS] ... of" ; [FUNDAMENTAL] - [FEDERAL] - [UNCONSTITUTIONAL[ERRORS] "- ARE" [INFACT] ... [DISPUTED " - [AND" - [CONTENDED] - [SUFFICIENTLY" - [INORDER" ... TO" - [OBTAIN] - [AN]" [ADEQUATE" ; [HABEAS] - [EVIDENTIARY] HEARING] - [AND" - [ THUS" - [MERELY" - [REFLECTS "- [that" [SAID" - [PETITIONER'S" - [CLAIMS / GROUNDS] ... ARE" - [INFACT]" - [MERITORIOUSLY" - [ADEQUATELY" [SET - ] FORTH] ... WITHIN" - [SAID" - [HABEAS[WRIT] , AND" - [SUCH] ; [MERELY " - [GOVERNS] -

1.

["PETITIONER"-[ADEQUATELY"-[ATTRIBUTING"-[A] ;[REASONABLE]-[PROCEDU
[BYPASS]-[that"-[SUFFICIENTLY"-[OVERCOMES]... ;[the"-[DEFAULT]"-
[PROCEDURAL SAFE'GUARDS]... AND"-[SUCH".[iS-[iNFACT]"...DUE"-[TO"...[the"-[iNERE
[PETITIONER"-[HAS"-[iNTELLECTUALLY"-[ANALYZED"-[SOPHISTICATEDLY" ;[BY"-[HOLDING".[the"
[TO'BE"-[GENUINELY"-[TRUE]...[iN"-]LIGHT]"- of"-[the" ;[LAW]-[iNDEALING"...[WITH"
[THIS"-[PARTICULAR]"[CASE"-[CONSTITUTES]"-[SUCH"...[CLAIMS]-[TO'BE"]...SIMPLY"-[MERELY"-
[RESULTING"-[iNTO"-[A] ;[DEBATE]...that"-[iS-[ARISING"...FROM"-[ACTUAL]FACT'FINDERS]
[AND"-OR";[JURORS]"...of";[REASONABLENESS]...AND"-[thus"-[REFLECTS"...that"-[SUCH"-
[DEBATE]...of"-[SUCH]-[GROUNDS]...

[iS"-[MERELY"-[POINTING'-]OUT]...[the"-[ACTUAL]-[EXPLICT]"-[LOGICAL][FACT"...tha
[SUCH]"-[GROUNDS/CLAIMS]"-[POINTING'-]OUT]...[the"-[ACTUAL]-[EXPLICT]"-[LOGICAL][FACT"...tha
[that"-[ARE"-[iNFACT]-[REFLECTING"...MERELY"-[ADEQUATELY"-[CHALLENGE] ;[FUNDAMENTAL]ERRORS]"-
[ALSO"...[AN"-[UNFAIR"]-[APPELLATE]'PROCEEDING]"...of"-[AN] ;[UNFAIR]TRIAL] ;AND"-
[SUCH]";[UNFAIRNESS]"-[LOGICALLY"-[REFLECTS"...that"-[ABSOLUTELY"-[NO]-[REASONABLE]
[MINDED"...;[JURY]/[JURIST]...AND"-OR";[FACT]FINDER]...[WOULD"-[HAVE]'...RENDERED"
[A]";[GUILTY]-...[VERDICT]-[UPON].[SAID"-[HABEAS]PETITION] ;AND"-OR" ;[TRIAL]COURT]-
[CASE]No.]; if"-[SAID";[iLLEGAL]ACTS/OMISSIONS]"...[WHERE"-[ADEQUATELY"-[CONTENDED]...
[PROPERLY"-[BY"the"...[PETITIONER'S"; [TRIAL]COUNSEL]...AND"-OR"-;[APPELLATE]COUNSEL]-
[iNWHICH"-[SIMPLY"...[ARISES"-[FAIR-]MINDED] ;

[DISAGREEMENT]

[SEE ;[MURRAY V. CARRIER ,477 . U.S. 478 [1986]
[SEE ;[WOODFORD V. VISCIOTTI ;537 U.S. 19 ; 27 .[2002].
[SEE ;[RICHTER V. 131 S.Ct.[At]786 .[QUOTING]-/ ;YARBOROUGH V. ALVARADO ;541 U.S.
[652 ;664 ;[2004].
[SEE ;[ENGLE V. ISACC ,465 U.S. 107 ;129 [1982].
[SEE ;[WAINWRIGHT V. SYKES ;433 .U.S. 72 [1977].
[SEE ;[COLEMAN V. THOMPSON ;501 U.S.[At]750 .

[I. DISCUSSION]

[THE"PETITIONER"-[iS"-[CURRANTLY"...[iN"-[the"- UNITED STATES DISTRICT COURT -[FOR"
[SOUTHERN]DISTRICT]of";[TEXAS]-[CORPUS]CHRISTI]DIVISION]"...AND"[SUCH]"-
[BECAUSE"-[the"[PETITIONER"...[iS"-[NOW"...[CHALLENGING"-[these"-SAME"-[EXACT]"...
[GROUNDS"...[that"-[ARE"-[iNFACT]"-[DEMONSTRATIVELY"...[EXECUTED"-[WITHIN"-[SAID"-
[HABEAS]PETITION]-[AND"-[thus"...[LOGICALLY"-[REFLECTS"-[FOR"...SAID"-[COURT";[NOT]TO']
REDRESS"...these"-[VERY";[WANTON]"-[MALIGNANT]-[UNCONSTITUTIONAL];[PLAIN]ERRORS]/
CLAIMS...WOULD"-[iNFACT]-[REFLECT];[A]"-EVERY"-[UNREASONABLE"-[BIAS"-[UNCONSTITUTIONAL]
DECISION]"...that"-[iS-[ALSO]"-[A]...EVERY"-[OBVIOUS";[PLAIN]ERROR]-[iNWHICH"-

2.

[REASONABLE] [fact [finders]] ... would' be" ... [in" - [debate]" - [over" and" - [t
[logically" - [reflects" - [an" - [adequate]" - [encouragement"... of" - [further
[litigative]" ... [proceedings" - [inorder" - [to" - [remedie" [the" petitioner
[injured" - [substantial [rights] ; [inwhich" - [such]" ... will" - [actually" - [also
[redress] ... the" - [illegally"] wrongful]" - [violation]" [the" united states [constitution].
[endured]".

[see ; [28 U.S.C. § 2254 [e] [1].
[see ; [slack v. mcdaniel ; 529 U.S. 473 ; 484 [2000].
[see ; [slack v. mcdaniel ; [at] 484 .
[see ; [ex parte bravo ; 702 S.W. 2d 189 ; 193 [tex. crim. app. 1982].
[see ; [houser v. dretke ; 395 F.3d 560 ; 562 [5th cir. 2004].
[see ; [28 U.S.C. § 2254 [d].
[see ; [calderon v. united states district court ; 144 F.3d 618 [9th cir. 1998].
[see ; [hubanks v. bagley ; 380 F.3d 932 ; 974 [6th cir. 2004].
[see ; [28 U.S.C. § 2254 ; [e] [2].
[note ; [the" state" - [does [not] ... even - [contend] ; the petitioner's" ; [I.C.A] [claim] of" [appeal]

[C]. [see ; [constitutional] [amendments] ; 1st ; 5th ; 6th ; [and" - 14th .

[II. [sufficient [grounds for" ; [relief]. ].

[see ; [fed. R. civ. P. 51 ; [d] [1].
[see ; [fed. R. civ. P. 61 .
[see ; [I.C.A / strickland' claim ; [hernandez v. state ; 726 S.W. 2d 53 ; 57 [tex. crim. app.
[1986].
[see ; [I.C.A / strickland' claim ; [strickland v. washington ; 466 U.S. 688 ; 104 S.Ct.
[2052 ; 80 L.Ed 2d 674 [1984].
[see ; [I.C.A / strickland' claim ; [ex parte goodall ; [cr. app. 1982] ; 632 S.W. 2d 750.
HABEAS corpus on 792.1
[see ; [I.C.A / strickland' claim ; [evitts v. lucey ; 469 U.S. 387 ; 105 S.Ct. 830 [1985].
SEE ; [said" petitioner's" - [federal] - [2254] - [habeas] writ] ; [allen pena v. william stephens.
[s] civil action - [district] No.] : 2:14-CV-00334 .

[IV. conclusion and prayer ].

[O.] [the" plaintiff" ... only" - [simply" - [request" [and" - [prayers" - [said" [court" ... to"
[grant] ... [said" - [styled] motion] ; due" [to" - [the" ; [illegal] omissions] ... [revolving] -
[around] - [within" ; [said" [C.C.A] No.] - which" ... is" - [wrongfully" - [oppressively" - ;
[injuring" ; the" united states [constitution] ; [and" - [said" - [petitioner's" ;
[substantial] [rights].

RESPECTFULLY SUBMITTED

ALLEN PENA
T.D.C.J. No. 1790277
PETITIONER, PRO SE

[28 U.S.C. § 1746] EXECUTED on : 1-14-15.

3.

[E.] [V. Affirmation under oath];

[i" Hereby "-[Acknowledge; affirm; and" [swear]..under" :[penalty] of "[perju
[for"..[all"..of..-[the" foregoing..[To"-be"..[true]; and"-[correct]

2101 FM 369 N.
IOWA PARK, TEXAS 76

[28 U.S.C. §1746] executed on: 01-14-15.

RESPECTfully sub
Allen Pena
T.J.C.J. No. 179
PETITIONER; PRO
JAMES V. Allred U
2101 FM 369 N.
IOWA PARK, TEXAS 7

[F.] [VI. Certification];

[i in "[Compliance "..with :[Texas Appellate Rules :[and" PROCEDURE 73.3 :[ I" HEREB
[Certify"-[that"..[the "[No.]..of "words -[in"...this"[styled "[action] is "; 623.

[28 U.S.C. §1746] executed on: 01-14-15.

RESPECTfully submitt
Allen Pena
T.J.C.J. No. 1790277
PETITIONER; PRO SE
JAMES V. Allred Unit
2101 FM 369 N.
IOWA PARK, TEXAS 7

[G.] [VI. Certificate of service];

[i" HERE"-[Certify"...that"-[A]-[True]; and" [correct] Copy]..of"-[the" foregoin
[styled -[legal] action]..was"-[mailed]...To"; the"[opposing] party]..on" [the" EXECUTED".
[date...below. [mailed [via]-[pre-paid"-[first' class] :[postage] - U.S. Certified mail.

[28 U.S.C. §1746] executed on: 01-14-15.

RESPECTfully submitted
Allen Pena
T.J.C.J. No. 1790277
PETITIONER; PRO SE
JAMES V. Allred Unit
2101 FM 369 N.
IOWA PARK, TEXAS 7636

[VII. Court of Criminal Appeals]
of Texas

[PARTE
PENA

[C.C.A.] No.] : WR-81,352-02.]

[TRIAL] Court] Case No.] : [ 11-CR-3337-6 [2].]

[ATE of TEXAS

[ORDER]

[After" [Acknowledging; and" finding"...[A] Conclusion]..of : [multiple] violations] -To" the"
[ States [Constitution]; and"-[To"-[said" - [petitioner's "; [substantial] Rights]"..this"-
[...so""" :[orders]...said"-[motion]..To"-[be; [granted]...in which"...will"-render"
[...of "-[ordering -said" [petitioner" :[appointment of "counsel]...and"-[an"
[ATE" :[evidentiary] hearing].

EXECUTED on: